UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SCIENCE FOUNDATION, et al.,<br><br>Defendants. | Case No. 25-cv-11231 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff the California Institute of Technology ("Caltech") is a private, non-profit corporation. Caltech is not a subsidiary of any other corporation, and no public company owns 10% or more of its stock.

| | |
|---|---|
| Dated: May 6, 2025 | Respectfully submitted, |
| JENNER & BLOCK LLP | CLEMENT & MURPHY, PLLC |
| By: */s/ Shoba Pillay* | By: */s/ Paul D. Clement* |
| Shoba Pillay, BBO No. 659739<br>353 N Clark Street<br>Chicago, IL 60654<br>Tel: (312) 222-9350<br>SPillay@jenner.com<br><br>Ishan K. Bhabha (*pro hac vice forthcoming*)<br>Lindsay C. Harrison (*pro hac vice forthcoming*)<br>Lauren J. Hartz (*pro hac vice forthcoming*)<br>Elizabeth Henthorne (*pro hac vice forthcoming*)<br>Anjali Motgi (*pro hac vice forthcoming*)<br>Zachary C. Schauf (*pro hac vice forthcoming*)<br>1099 New York Avenue NW, Suite 900<br>Washington, DC 20001 | Paul D. Clement (*pro hac vice forthcoming*)<br>Erin E. Murphy (*pro hac vice forthcoming*)<br>James Y. Xi (*pro hac vice forthcoming*)<br>Kyle R. Eiswald (*pro hac vice forthcoming*)<br>706 Duke Street<br>Alexandria, VA 22314<br>Tel: (202) 742-8900<br>paul.clement@clementmurphy.com<br>erin.murphy@clementmurphy.com<br>james.xi@clementmurphy.com<br>kyle.eiswald@clementmurphy.com<br><br>*Attorneys for Association of American Universities, Association of Public and Land-* |

Tel: (202) 639-6000
IBhabha@jenner.com
LHarrison@jenner.com
LHartz@jenner.com
BHenthorne@jenner.com
AMotgi@jenner.com
ZSchauf@jenner.com

*Attorneys for All Plaintiffs*

*grant Universities, and American Council on Education*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of May, 2025, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

/s/ *Shoba Pillay*
Shoba Pillay, BBO No. 659739
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com