# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SCIENCE FOUNDATION, et al., <br><br> Defendants. | Case No. 25-cv-11231 |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Carnegie Mellon University ("Carnegie Mellon") is a private university. CMU is not a subsidiary of any other corporation and no publicly held company owns 10% or more of its stock.

Dated: May 6, 2025                                         Respectfully submitted,

JENNER & BLOCK LLP                           CLEMENT & MURPHY, PLLC

By: */s/ Shoba Pillay*                                    By: */s/ Paul D. Clement*

Shoba Pillay, BBO No. 659739                Paul D. Clement (*pro hac vice forthcoming*)
353 N Clark Street                                    Erin E. Murphy (*pro hac vice forthcoming)*
Chicago, IL 60654                                     James Y. Xi (*pro hac vice forthcoming*)
Tel: (312) 222-9350                                  Kyle R. Eiswald (*pro hac vice forthcoming*)
SPillay@jenner.com                                706 Duke Street
                                                                  Alexandria, VA 22314
Ishan K. Bhabha (*pro hac vice forthcoming*)    Tel: (202) 742-8900
Lindsay C. Harrison (*pro hac vice forthcoming*) paul.clement@clementmurphy.com
Lauren J. Hartz (*pro hac vice forthcoming*)     erin.murphy@clementmurphy.com
Elizabeth Henthorne (*pro hac vice forthcoming*) james.xi@clementmurphy.com
Anjali Motgi (*pro hac vice forthcoming*)        kyle.eiswald@clementmurphy.com
Zachary C. Schauf (*pro hac vice forthcoming*)
1099 New York Avenue NW, Suite 900     *Attorneys for Association of American*
Washington, DC 20001                              *Universities, Association of Public and Land-*

Tel: (202) 639-6000
IBhabha@jenner.com
LHarrison@jenner.com
LHartz@jenner.com
BHenthorne@jenner.com
AMotgi@jenner.com
ZSchauf@jenner.com

*Attorneys for All Plaintiffs*

*grant Universities, and American Council on Education*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of May, 2025, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

/s/ *Shoba Pillay*
Shoba Pillay, BBO No. 659739
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com