# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SCIENCE FOUNDATION, et al., <br><br> Defendants. | Case No. 25-cv-11231 |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Board of Trustees of the University of Illinois ("University of Illinois") is a non-profit institution of higher education and research. The University of Illinois is not a subsidiary of any other corporation and no publicly held company owns 10% or more of its stock.

| | |
|---|---|
| Dated: May 6, 2025 | Respectfully submitted, |
| JENNER & BLOCK LLP | CLEMENT & MURPHY, PLLC |
| By: */s/ Shoba Pillay* | By: */s/ Paul D. Clement* |
| Shoba Pillay, BBO No. 659739 <br> 353 N Clark Street <br> Chicago, IL 60654 <br> Tel: (312) 222-9350 <br> SPillay@jenner.com <br><br> Ishan K. Bhabha (*pro hac vice forthcoming*) <br> Lindsay C. Harrison (*pro hac vice forthcoming*) <br> Lauren J. Hartz (*pro hac vice forthcoming*) <br> Elizabeth Henthorne (*pro hac vice forthcoming*) <br> Anjali Motgi (*pro hac vice forthcoming*) <br> Zachary C. Schauf (*pro hac vice forthcoming*) | Paul D. Clement (*pro hac vice forthcoming*) <br> Erin E. Murphy (*pro hac vice forthcoming*) <br> James Y. Xi (*pro hac vice forthcoming*) <br> Kyle R. Eiswald (*pro hac vice forthcoming*) <br> 706 Duke Street <br> Alexandria, VA 22314 <br> Tel: (202) 742-8900 <br> paul.clement@clementmurphy.com <br> erin.murphy@clementmurphy.com <br> james.xi@clementmurphy.com <br> kyle.eiswald@clementmurphy.com |

1099 New York Avenue NW, Suite 900
Washington, DC 20001
Tel: (202) 639-6000
IBhabha@jenner.com
LHarrison@jenner.com
LHartz@jenner.com
BHenthorne@jenner.com
AMotgi@jenner.com
ZSchauf@jenner.com

*Attorneys for All Plaintiffs*

*Attorneys for Association of American Universities, Association of Public and Land-grant Universities, and American Council on Education*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 6th day of May, 2025, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

/s/ *Shoba Pillay*
Shoba Pillay, BBO No. 659739
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com