UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SCIENCE FOUNDATION, et al., <br><br> Defendants. | Case No. 25-cv-11231 |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Regents of the University of Minnesota is a public institution of higher learning established by the Territorial Laws of the State of Minnesota and perpetuated by the Minnesota Constitution. Plaintiff is not a subsidiary of any other corporation and no publicly held company owns 10% or more of its stock.

Dated: May 6, 2025

JENNER & BLOCK LLP

By: */s/ Shoba Pillay*

Shoba Pillay, BBO No. 659739
353 N Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com

Ishan K. Bhabha (*pro hac vice forthcoming*)
Lindsay C. Harrison (*pro hac vice forthcoming*)
Lauren J. Hartz (*pro hac vice forthcoming*)
Elizabeth Henthorne (*pro hac vice forthcoming*)
Anjali Motgi (*pro hac vice forthcoming*)
Zachary C. Schauf (*pro hac vice forthcoming*)

Respectfully submitted,

CLEMENT & MURPHY, PLLC

By: */s/ Paul D. Clement*

Paul D. Clement (*pro hac vice forthcoming*)
Erin E. Murphy (*pro hac vice forthcoming*)
James Y. Xi (*pro hac vice forthcoming*)
Kyle R. Eiswald (*pro hac vice forthcoming*)
706 Duke Street
Alexandria, VA 22314
Tel: (202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
james.xi@clementmurphy.com
kyle.eiswald@clementmurphy.com

<div style="display: flex;">

1099 New York Avenue NW, Suite 900  
Washington, DC 20001  
Tel: (202) 639-6000  
IBhabha@jenner.com  
LHarrison@jenner.com  
LHartz@jenner.com  
BHenthorne@jenner.com  
AMotgi@jenner.com  
ZSchauf@jenner.com  

*Attorneys for All Plaintiffs*

*Attorneys for Association of American Universities, Association of Public and Land-grant Universities, and American Council on Education*

</div>

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 6th day of May, 2025, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

/s/ *Shoba Pillay*
Shoba Pillay, BBO No. 659739
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com