IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>NATIONAL SCIENCE FOUNDATION, *et al.*,<br><br>   Defendants. | Case No. 25-cv-11231 |

## MOTION FOR *PRO HAC VICE* ADMISSION OF ELIZABETH HENTHORNE

Now comes Shoba Pillay, a member in good standing of the bar of this Court, and moves pursuant to Local Rule 83.5.3 for the admission in this case of Elizabeth Henthorne as counsel for Plaintiffs Association of American Universities, American Council on Education, Association of Public and Land-grant Universities, AZ Board of Regents on Behalf of Arizona State University, Brown University, California Institute of Technology, the Regents of the University of California, Carnegie Mellon University, University of Chicago, Cornell University, Board of Trustees of the University of Illinois, Massachusetts Institute of Technology, Regents of the University of Michigan, Regents of the University of Minnesota, University of Pennsylvania, and Trustees of Princeton University.

Ms. Henthorne is a partner in the law firm of Jenner & Block LLP. She is a member of the bar in good standing in every jurisdiction in which she has been admitted to practice; there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; she has not previously had a pro hac vice admission to this Court (or other admission for a limited purpose under

Local Rule 83.5.3) revoked for misconduct; and she has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE**, Shoba Pillay requests that Ms. Henthorne be granted leave to appear and practice *pro hac vice* on behalf of Plaintiffs in the above-captioned matter.

Dated: May 6, 2025

Respectfully submitted,

ASSOCIATION OF AMERICAN UNIVERSITIES, AMERICAN COUNCIL ON EDUCATION, ASSOCIATION OF PUBLIC AND LAND-GRANT UNIVERSITIES, AZ BOARD OF REGENTS ON BEHALF OF ARIZONA STATE UNIVERSITY, BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, CARNEGIE MELLON UNIVERSITY, UNIVERSITY OF CHICAGO, CORNELL UNIVERSITY, BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, REGENTS OF THE UNIVERSITY OF MICHIGAN, REGENTS OF THE UNIVERSITY OF MINNESOTA, UNIVERSITY OF PENNSYLVANIA, and TRUSTEES OF PRINCETON UNIVERSITY,

*/s/ Shoba Pillay*
Shoba Pillay, BBO No. 659739
353 N Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com

## LOCAL RULE 7.1 CERTIFICATION

As of the date of this filing, it is unknown who will represent the Defendants in this matter. For that reason, counsel have not had an opportunity to confer in an effort to resolve or narrow the issues presented by this motion.

*/s/ Shoba Pillay*
Shoba Pillay

## CERTIFICATE OF SERVICE

      I, Shoba Pillay, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 6, 2025.

                                      */s/ Shoba Pillay*
                                      Shoba Pillay

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SCIENCE FOUNDATION, *et al.*, <br><br> Defendants. | Case No. 25-cv-11231 |

**CERTIFICATION IN SUPPORT OF**
**MOTION FOR *PRO HAC VICE* ADMISSION**

Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, Elizabeth Henthorne, hereby certify:

1. I submit this certification in support of Plaintiffs' Motion for Pro Hac Admission.

2. I am a partner in the law firm of Jenner & Block LLP and a member of the bars of the District of Columbia and New York.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6.      I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 6, 2025

/s/ *Elizabeth Henthorne*
Elizabeth Henthorne
(D.C. Bar #1562688; NY Bar #5386149)
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Tel: (202) 637-6367
Fax: (202) 639-6066
BHenthorne@jenner.com