UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>NATIONAL SCIENCE FOUNDATION, et al.,<br><br>       Defendants. | Case No. 1:25-cv-11231-IT |

## MOTION FOR *PRO HAC VICE* ADMISSION OF PAUL D. CLEMENT

Now comes Shoba Pillay, a member in good standing of the bar of this Court, and moves pursuant to Local Rule 83.5.3 for the admission in this case of Paul D. Clement as counsel for Plaintiffs, Association of American Universities, American Council on Education, and Association of Public and Land-Grant Universities.

Mr. Clement is a partner in the law firm of Clement & Murphy, PLLC. He is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice; there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; he has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and he has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE**, Shoba Pillay requests that Mr. Clement be granted leave to appear and practice *pro hac vice* on behalf of Association of American Universities, American Council on Education, and Association of Public and Land-Grant Universities in the above-captioned matter.

Dated: May 6, 2025

Respectfully submitted,

ASSOCIATION OF AMERICAN UNIVERSITIES, AMERICAN COUNCIL ON EDUCATION, and ASSOCIATION OF PUBLIC AND LAND-GRANT UNIVERSITIES,

*/s/ Shoba Pillay*
Shoba Pillay, BBO No. 659739
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 923-2605
SPillay@jenner.com

## LOCAL RULE 7.1 CERTIFICATION

As of the date of this filing, it is unknown who will represent the defendants in this matter. For that reason, counsel have not had an opportunity to confer in an effort to resolve or narrow the issues presented by this motion.

*/s/ Shoba Pillay*
Shoba Pillay

## **CERTIFICATE OF SERVICE**

I, Shoba Pillay, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 6, 2025.

*/s/ Shoba Pillay*
Shoba Pillay

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, et al., | |
| Plaintiffs, | Case No. 1:25-cv-11231-IT |
| v. | |
| NATIONAL SCIENCE FOUNDATION, et al., | |
| Defendants. | |

## CERTIFICATION IN SUPPORT OF
## MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, Paul D. Clement, hereby certify:

1. I submit this certification in support of Association of American Universities, American Council on Education, and Association of Public and Land-Grant Universities' Motion for *Pro Hac* Admission.

2. I am a partner in the law firm of Clement & Murphy, PLLC and a member of the bars of Virginia, the District of Columbia, Wisconsin, the U.S. Supreme Court, every federal court of appeals, the U.S. Court of Federal Claims, the U.S. District Court for the District of Columbia, and the U.S. District Court for the Northern District of Florida.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: May 6, 2025

*/s/Paul D. Clement*
Paul D. Clement (VA Bar # 37915)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Tel: (202) 742-8900
paul.clement@clementmurphy.com