AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Association of American Universities, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-11231-IT |
| National Science Foundation, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Ass'n of Am. Univs., Am. Council on Educ., and Ass'n of Pub. & Land-Grant Univs.  .

Date:   05/07/2025

s/James Y. Xi
*Attorney's signature*

James Y. Xi (pro hac vice) (D.C. Bar #1617537)
*Printed name and bar number*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314

*Address*

james.xi@clementmurphy.com
*E-mail address*

(202) 742-8900
*Telephone number*

*FAX number*