AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Association of American Universities et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-11231 |
| National Science Foundation et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALL PLAINTIFFS      .

Date:   05/08/2025                                  /s/ Lauren J. Hartz
                                                              *Attorney's signature*

                                                   Lauren J. Hartz (D.C. Bar # 1029862)
                                                      *Printed name and bar number*

                                                   1099 New York Avenue N.W. Suite 900
                                                          Washington, D.C. 20001

                                                                  *Address*

                                                           LHartz@jenner.com
                                                               *E-mail address*

                                                              (202) 637-6363
                                                             *Telephone number*

                                                              (202) 639-6066
                                                                *FAX number*