AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Association of American Universities et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-11231 |
| National Science Foundation et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALL PLAINTIFFS.

Date: 05/08/2025

/s/ Elizabeth Henthorne
*Attorney's signature*

Elizabeth Henthorne (D.C. Bar # 1562688)
*Printed name and bar number*

1099 New York Avenue N.W. Suite 900
Washington, D.C. 20001

*Address*

BHenthorne@jenner.com
*E-mail address*

(202) 637-6367
*Telephone number*

(202) 639-6066
*FAX number*