AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Association of American Universities et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-11231 |
| National Science Foundation et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALL PLAINTIFFS.

Date:    05/08/2025

/s/ Zachary C. Schauf
*Attorney's signature*

Zachary C. Schauf (D.C .Bar # 1021638)
*Printed name and bar number*

1099 New York Avenue N.W. Suite 900
Washington, D.C. 20001
*Address*

ZSchauf@jenner.com
*E-mail address*

(202) 637-6351
*Telephone number*

(202) 639-6066
*FAX number*