AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Association of American Universities et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-11231 |
| National Science Foundation et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALL PLAINTIFFS                                                                                              .

Date:   05/08/2025                                              /s/ Anjali Motgi
                                                                          *Attorney's signature*

                                                              Anjali Motgi (24092864)
                                                                *Printed name and bar number*

                                                              1099 New York Avenue N.W. Suite 900
                                                              Washington, D.C. 20001

                                                                          *Address*

                                                              AMotgi@jenner.com
                                                                      *E-mail address*

                                                              (202) 639-6087
                                                                   *Telephone number*

                                                              (202) 639-6066
                                                                       *FAX number*