UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SCIENCE FOUNDATION, et al., <br><br> Defendants. | Case No. 25-cv-11231 |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXPEDITE BRIEFING SCHEDULE AND FOR LEAVE TO FILE MEMORANDUM EXCEEDING TWENTY PAGES

Before the Court is Plaintiffs' Motion to Expedite Briefing Schedule and for Leave to File Memorandum Exceeding Twenty Pages. Upon consideration of the Motion, the Court hereby ORDERS that Plaintiffs' motion for leave to file a memorandum exceeding twenty pages in length in support of Plaintiffs' Motion for a Preliminary Injunction and Expedited Summary Judgment is GRANTED.

It is FURTHER ORDERED that Defendants shall file an Opposition to Plaintiffs' Motion for a Preliminary Injunction and Expedited Summary Judgment by May 16, 2025.

It is FURTHER ORDERED that Plaintiffs shall file a Reply in support of their Motion for a Preliminary Injunction and Expedited Summary Judgment by May 20, 2025.

SO ORDERED.

_____
Hon. Indira Talwani
United States District Judge