# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SCIENCE FOUNDATION, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-11231 |

## NOTICE OF APPEARANCE

Please take notice that, pursuant to L.R. 83.5.2, Marc S. Sacks hereby enters his appearance on behalf of the Defendants in the above-captioned matter.

                                                Respectfully submitted,

                                                YAAKOV M. ROTH
                                                Acting Assistant Attorney General

                                                LEAH B. FOLEY
                                                United States Attorney

                                                BRIAN C. LEA
                                                Deputy Associate Attorney General

                                                KIRK T. MANHARDT
                                                Director

Dated: May 9, 2025                                */s/ Marc S. Sacks*
                                                MARC S. SACKS
                                                *Deputy Director*
                                                U.S. Department of Justice
                                                Civil Division
                                                Corporate/Financial Section
                                                P.O. Box 875

                Ben Franklin Stations
                Washington D.C. 20044-0875
                Tel: (202) 307-1104
                Email: marcus.s.sacks@usdoj.gov
                *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  May 9, 2025                                        */s/ Marc S. Sacks*
                                                                        Marc S. Sacks