UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL SCIENCE FOUNDATION, et al.,<br><br>    Defendants. | Case No. 25-cv-11231 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' RENEWED MOTION TO EXPEDITE PRELIMINARY INJUNCTION BRIEFING SCHEDULE AND FOR RELIEF FROM THE COURT'S ELECTRONIC ORDER OF MAY 9, 2025**

Before the Court is Plaintiffs' renewed Motion to Expedite Preliminary Injunction Briefing Schedule and for Relief from the Court's Electronic Order of May 9, 2025 (ECF 43). Upon consideration of the Motion, the Court hereby **ORDERS** that Plaintiffs' motion is **GRANTED**:

It is **ORDERED** that Defendants shall file a Response to Plaintiffs' Motion for a Preliminary Injunction by May 16, 2025.

It is further **ORDERED** that Plaintiffs shall file a Reply in Support of their Motion for a Preliminary Injunction by May 20, 2025.

It is further **ORDERED** that Plaintiffs need not file a statement of material facts in support of their Motion for a Preliminary Injunction and for Summary Judgment (ECF 40).

**SO ORDERED.**

_____
Hon. Indira Talwani
United States District Judge