UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SCIENCE FOUNDATION, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-11231 |

**NOTICE OF APPEARANCE**

Please take notice that, pursuant to L.R. 83.5.2, Bethany R. Theriot hereby enters an appearance on behalf of the Defendants in the above-captioned matter.

| | |
|---|---|
| Dated: May 23, 2025 | Respectfully submitted,<br><br>YAAKOV M. ROTH<br>Acting Assistant Attorney General<br><br>LEAH B. FOLEY<br>United States Attorney<br><br>BRIAN C. LEA<br>Deputy Associate Attorney General<br><br>KIRK T. MANHARDT<br>Director<br><br>MARC S. SACKS<br>Deputy Director<br><br>s/*Bethany R. Theriot*<br>Bethany R. Theriot, D.C. Bar 1022065<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>P.O. Box 875<br>Ben Franklin Stations<br>Washington D.C. 20044-0875<br>Tel: (202) 307-0244<br>Email: bethany.theriot@usdoj.gov<br><br>*Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  May 23, 2025                                                     s/*Bethany R. Theriot*
                                                                                           Bethany R. Theriot