UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>NATIONAL SCIENCE FOUNDATION, *et al.*,<br><br>       Defendants. | Case No. 1:25-cv-11231 |

**NOTICE OF APPEARANCE**

Please take notice that, pursuant to L.R. 83.5.2, I-Heng Hsu hereby enters an appearance on behalf of the Defendants in the above-captioned matter.

| | |
|---|---|
| Dated: May 23, 2025 | Respectfully submitted, |
| | YAAKOV M. ROTH<br>Acting Assistant Attorney General |
| | LEAH B. FOLEY<br>United States Attorney |
| | BRIAN C. LEA<br>Deputy Associate Attorney General |
| | KIRK T. MANHARDT<br>Director |
| | MARC S. SACKS<br>Deputy Director |
| | <u>s/ *I-Heng Hsu*</u><br>I-Heng Hsu (NYS 4904033)<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>P.O. Box 875<br>Ben Franklin Stations<br>Washington D.C. 20044-0875<br>Tel: (202) 616-3619<br>Email: i-heng.hsu@usdoj.gov |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  May 23, 2025                                         s/ *I-Heng Hsu*
                                                             I-Heng Hsu