## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al*. | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 1:25-cv-11231-IT |
| NATIONAL SCIENCE FOUNDATION, *et al*., | ) ) | |
| Defendants. | ) ) | |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM

Before the Court is Defendants' Motion for Leave to File Overlength Memorandum (45 Pages) Opposing Summary Judgment and Supporting Cross Motion for Summary Judgment (the "Motion"). Upon consideration of the Motion, the Court hereby ORDERS that Defendant's Motion is GRANTED.

SO ORDERED.

_____
Hon. Indira Talwani
United States District Judge