IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL SCIENCE FOUNDATION *et al.*, <br><br> *Defendants*. | Case No. 25-cv-11231 |

**PLAINTIFFS' AGREED-UPON MOTION FOR**
**AUDIO ACCESS TO JUNE 13 HEARING**

Plaintiffs respectfully request that a telephonic public access line be made available for the hearing on Plaintiffs' Motion for a Preliminary Injunction and Expedited Summary Judgment and Defendants' Motion for Summary Judgment, scheduled for June 13, 2025, at 2:45pm in Courtroom 9. Plaintiffs have conferred with Defendants pursuant to Local Rule 7.1(a)(2), and they agree with this request.

Good cause exists for this request. This case involves sixteen Plaintiffs, including three associations with thousands of members located across the country, many of whom are unable to attend the hearing in person. Audio access will permit interested parties, including Plaintiffs and their members, to listen to the proceedings remotely. No party would be prejudiced by this request.

Given the extraordinary nature of this suit, the significance of the issues, and the number of interested parties unable to attend, Plaintiffs respectfully request that a telephonic public access line be made available.

Dated: June 9, 2025

JENNER & BLOCK LLP

By: */s/ Lindsay Harrison*

Shoba Pillay, BBO No. 659739
353 N Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com

Ishan K. Bhabha (*pro hac vice granted*)
Lindsay C. Harrison (*pro hac vice granted*)
Lauren J. Hartz (*pro hac vice granted*)
Elizabeth Henthorne (*pro hac vice granted*)
Anjali Motgi (*pro hac vice granted*)
Zachary C. Schauf (*pro hac vice granted*)
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
IBhabha@jenner.com
LHarrison@jenner.com
LHartz@jenner.com
BHenthorne@jenner.com
AMotgi@jenner.com
ZSchauf@jenner.com
*Attorneys for All Plaintiffs*

Respectfully submitted,

CLEMENT & MURPHY, PLLC

By: */s/ Paul D. Clement*

Paul D. Clement (*pro hac vice granted*)
James Y. Xi (*pro hac vice granted*)
Kyle R. Eiswald (*pro hac vice granted*)
706 Duke Street
Alexandria, VA 22314
Tel: (202) 742-8900
paul.clement@clementmurphy.com
james.xi@clementmurphy.com
kyle.eiswald@clementmurphy.com
*Attorneys for Association of American Universities,*
*Association of Public and Land-grant Universities,*
*and American Council on Education*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 9, 2025, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record and a true and correct copy of the foregoing instrument.

                                                                         */s/ Lindsay C. Harrison*
                                                                         Lindsay Harrison (*pro hac vice*)
                                                                         Jenner & Block LLP
                                                                         1099 New York Ave. NW
                                                                         Washington, D.C. 20001
                                                                         Tel: (202) 639-6000
                                                                         LHarrison@jenner.com

Dated: June 9, 2025