UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, et al., | * * * | |
| Plaintiffs, | * | |
| v. | * * | Civil Action No. 1:25-cv-11231-IT |
| NATIONAL SCIENCE FOUNDATION and BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation, | * * * | |
| Defendants. | | |

FINAL JUDGMENT

June 20, 2025

TALWANI, D.J.

For the reasons stated in this court's Memorandum and Order [Doc. No. 78], IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Judgment is entered in favor of Plaintiffs Association of American Universities, the Association of Public and Land-grant Universities, the American Council on Education, Arizona Board of Regents on behalf of Arizona State University, Brown University, California Institute of Technology, The Regents of the University of California, Carnegie Mellon University, University of Chicago, Cornell University, Board of Trustees of the University of Illinois, Massachusetts Institute of Technology, Regents of the University of Michigan, Regents of the University of Minnesota, Trustees of the University of Pennsylvania, and The Trustees of Princeton University and against Defendants National Science Foundation and Brian Stone on Counts I (to the extent it alleges that the National Science Foundation Act of 1950, 42 U.S.C.

§§ 1861, et seq., and 41 U.S.C. § 4708 do not expressly authorize the challenged action), II, III, and IV of Plaintiffs' Complaint [Doc. No. 1].

    2.    The National Science Foundation's 15% Indirect Cost Rate and the Policy Notice: Implementation of Standard 15% Indirect Cost Rate, NSF 25-034 are VACATED.

    3.    The court DECLARES that the National Science Foundation's 15% Indirect Cost Rate and the Policy Notice: Implementation of Standard 15% Indirect Cost Rate, NSF 25-034 are invalid, arbitrary and capricious, and contrary to law.

IT IS SO ORDERED.

June 20, 2025                                      /s/Indira Talwani
                                                                 United States District Judge