# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SCIENCE FOUNDATION, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. 1:25-cv-11231-IT ) ) ) ) ) ) |

## NOTICE OF APPEAL

Pursuant to Rule 4(a)(1)(B) of the Federal Rules of Appellate Procedure, Defendants National Science Foundation ("NSF") and Brian Stone, in his official capacity as NSF Chief of Staff, performing the duties of the NSF Director, hereby appeal to the United States Court of Appeals for the First Circuit from the Final Judgment entered in this case on June 20, 2025, Doc. No. 78 and the accompanying Memorandum and Order dated June 20, 2025, Doc. No. 77.

Dated: August 14, 2025

Respectfully submitted:

BRETT A. SHUMATE
Assistant Attorney General

LEAH B. FOLEY
United States Attorney

BRIAN C. LEA
Deputy Associate Attorney General

KIRK T. MANHARDT
Director

MARC S. SACKS
Deputy Director

1

By: /s/ *I-Heng Hsu*
BETHANY R. THERIOT (D.C. Bar 1022065)
I-HENG HSU (NY No. 4904033)
Trial Attorneys
U.S. Department of Justice
Civil Division
Corporate/Financial Litigation Section
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
(202) 616-3619
bethany.theriot@usdoj.gov
i-heng.hsu@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: August 14, 2025                                        /s/ *I-Heng Hsu*
                                                              I-Heng Hsu
                                                              Trial Attorney

2