# United States Court of Appeals
## For the First Circuit

No. 25-1794

ASSOCIATION OF AMERICAN UNIVERSITIES; AMERICAN COUNCIL ON EDUCATION; ASSOCIATION OF PUBLIC AND LAND-GRANT UNIVERSITIES; AZ BOARD OF REGENTS ON BEHALF OF ARIZONA STATE UNIVERSITY; BROWN UNIVERSITY; CALIFORNIA INSTITUTE OF TECHNOLOGY; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; CARNEGIE MELLON UNIVERSITY; UNIVERSITY OF CHICAGO; CORNELL UNIVERSITY; BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS; MASSACHUSETTS INSTITUTE OF TECHNOLOGY; REGENTS OF THE UNIVERSITY OF MICHIGAN; REGENTS OF THE UNIVERSITY OF MINNESOTA; TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA; THE TRUSTEES OF PRINCETON UNIVERSITY,

Plaintiffs - Appellees,

v.

NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in the official capacity as Acting Director of the National Science Foundation,

Defendants - Appellants.

**MANDATE**

Entered: September 30, 2025

In accordance with the judgment of September 30, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Ishan Kharshedji Bhabha, Paul D Clement, Courtney Dixon, Kyle Raymond Eiswald, Abraham R. George, Lindsay C. Harrison, Lauren J. Hartz, Elizabeth Henthorne, Brian Lea, Donald Campbell Lockhart, Shoba Pillay, Zachary C. Schauf, Jennifer Utrecht James Xi