IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SCIENCE FOUNDATION, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-11231 |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

For the reasons set forth in the accompanying memorandum of law and exhibits, the Association of American Universities ("AAU") respectfully requests that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, this Court issue the prevailing plaintiff AAU an award of attorneys' fees and costs in the amount of $330,453.56.

[signatures on following page]

Dated: October 30, 2025

JENNER & BLOCK LLP

By: */s/* Lindsay C. Harrison

Lindsay C. Harrison (admitted *pro hac vice*)
Ishan K. Bhabha (admitted *pro hac vice*)
Lauren J. Hartz (admitted *pro hac vice*)
Elizabeth Henthorne (admitted *pro hac vice*)
Anjali Motgi (admitted *pro hac vice*)
Zachary C. Schauf (admitted *pro hac vice*)
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Tel: (202) 639-6000
LHarrison@jenner.com
IBhabha@jenner.com
LHartz@jenner.com
BHenthorne@jenner.com
AMotgi@jenner.com
ZSchauf@jenner.com

Shoba Pillay, BBO No. 659739
353 N Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com

*Attorneys for All Plaintiffs*

Respectfully submitted,

CLEMENT & MURPHY, PLLC

By: */s/* Paul D. Clement

Paul D. Clement (admitted *pro hac vice*)
James Y. Xi (admitted *pro hac vice*)
Kyle R. Eiswald (admitted *pro hac vice*)
706 Duke Street
Alexandria, VA 22314
Tel: (202) 742-8900
paul.clement@clementmurphy.com
james.xi@clementmurphy.com
kyle.eiswald@clementmurphy.com

*Attorneys for Association of American Universities, Association of Public and Land-grant Universities, and American Council on Education*

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule 7.1(a)(2), AAU's counsel conferred with counsel for the Government before filing this motion. The Government indicated it opposes the motion.

*/s/* Lindsay C. Harrison
Lindsay C. Harrison (admitted *pro hac vice*)
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Tel: (202) 639-6000
LHarrison@jenner.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of October, 2025, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

/s/ Lindsay C. Harrison
Lindsay C. Harrison (admitted *pro hac vice*)
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Tel: (202) 639-6000
LHarrison@jenner.com