# Exhibit 1

| Timekeeper | Position | Hours | Adjusted Rate | Total |
|---|---|---|---|---|
| Lindsay Harrison | Partner | 41.8 | $500 | $20,900 |
| Zachary Schauf | Partner | 120.1 | $500 | $60,050 |
| Adam Unikowsky | Partner | 6.6 | $500 | $3,300 |
| Betsy Henthorne | Partner | 114.3 | $500 | $57,150 |
| Anjali Motgi | Partner | 47.2 | $500 | $23,600 |
| Steven Englund | Partner | 25.0 | $500 | $12,500 |
| Ishan Bhabha | Partner | 0.5 | $500 | $250 |
| Matthew Hellman | Partner | 5.5 | $265.89 | $1,462.40 |
| Jessica Ring Amunson | Partner | 5.5 | $265.89 | $1,462.40 |
| Kirsten Hicks Spira | Partner | 91.3 | $265.89 | $24,275.76 |
| Shoba Pilay | Partner | 5.2 | $265.89 | $1,382.63 |
| Hilary Ledwell | Associate | 65.7 | $265.89 | $17,468.97 |
| Kara Brandeisky | Associate | 21.3 | $265.89 | $5,663.46 |
| Illyana Green | Associate | 43.2 | $265.89 | $11,486.45 |
| Mary Marshall | Associate | 27.8 | $265.89 | $7,391.74 |
| Joshua Armstrong | Associate | 2.0 | $265.89 | $531.78 |
| Sophia Montgomery | Associate | 76.8 | $265.89 | $20,420.35 |
| Logan Wren | Associate | 54.6 | $265.89 | $14,517.59 |
| Tanner Lockhead | Associate | 33.6 | $265.89 | $8,933.90 |
| Maura Smyles | Associate | 1.1 | $265.89 | $292.48 |
| Brantley Butcher | Associate | 41.3 | $265.89 | $10,981.26 |
| Sandra Gentile | Paralegal | 8.8 | $95 | $836 |
| Cheryl Kras | Paralegal | 20.1 | $95 | $1,909.50 |
| Cheryl Olson | Paralegal | 23.0 | $95 | $2,185 |
| Eleanor G. Jenkins | Paralegal | 0.9 | $95 | $85.50 |
| Mary F. Patston | Paralegal | 24.3 | $95 | $2,308.50 |
| Annette M. Young | Paralegal | 2.4 | $95 | $228 |
| Paul Clement | Partner | 7.75 | $500 | $3,875 |
| James Xi | Partner | 11.75 | $500 | $5,875 |
| Kyle Eiswald | Associate | 28 | $265.89 | $7,444.92 |
| Ethan Yan | Paralegal | 9.5 | $95 | $902.50 |
| Madeline Levin | Paralegal | 0.5 | $95 | $47.50 |
| **Total** | | **967.4** | | **$329,718.58** |