# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:25-cv-11231-IT ) |
| NATIONAL SCIENCE FOUNDATION, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' UNOPPOSED MOTION FOR STAY
## IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of proceedings, including briefing on Plaintiffs' motion for attorney fees, Doc. Nos. 90, 92, in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal defendants. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

1

3.      Undersigned counsel for the Department of Justice therefore requests a stay of proceedings, including briefing on Plaintiffs' motion for attorney fees, Doc. Nos. 90, 92, until Congress has restored appropriations to the Department.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration, following the filing of Plaintiffs' motion, of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations following the filing of Plaintiffs' motion.

5.      Opposing counsel has authorized counsel for the Government to state that Plaintiffs have no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of proceedings, including briefing on Plaintiffs' motion for attorney fees, Doc. Nos. 90, 92, in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: November 7, 2025

BRETT A. SHUMATE
Assistant Attorney General

LEAH B. FOLEY
United States Attorney

BRIAN C. LEA
Deputy Associate Attorney General

KIRK T. MANHARDT
Director

 s/*Marc S. Sacks*
Marc S. Sacks, Ga. Bar No. 621931
U.S. Department of Justice, Civil Division
P.O. Box 875
Ben Franklin Stations
Washington D.C. 20044-0875
Tel: (202) 307-1104
Email: marcus.s.sacks@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:   November 7, 2025                                              s/*Marc S. Sacks*
                                                                                                  Marc S. Sacks