# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.* | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:25-cv-11231-IT |
| NATIONAL SCIENCE FOUNDATION, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

## [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR STAY IN LIGHT OF LAPSE OF APPROPRIATIONS

Before the Court is Defendants' Unopposed Motion for Stay in Light of Lapse in Appropriations (the "Motion"). Upon consideration of the Motion, the Court hereby ORDERS that Defendant's Motion is GRANTED.

SO ORDERED.

_____
Hon. Indira Talwani
United States District Judge