# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSIGNMENT OF AMERICAN UNIVERSITIES, *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>NATIONAL SCIENCE FOUNDATION, *et al.*,<br><br>                Defendants. | Case No. 1:25-cv-11231-IT |

## DEFENDANTS' NOTICE OF APPROPRIATIONS

Defendants National Science Foundation ("NSF") and Brian Stone, in his official capacity as NSF Chief of Staff, performing the duties of the NSF Director, hereby provide notice that Congress appropriated funds for the Department of Justice on November 12, 2025, and the Department resumed normal operations on November 13, 2025. In accordance with the Court's order, Doc. No. 94, allowing Defendants' Motion For Stay in Light of Lapse of Appropriations, Doc. No. 93, Defendants' opposition to Plaintiffs' motion for attorney fees, Doc. No. 90, is due November 26, 2025.

| | |
|---|---|
| Dated: November 14, 2025 | BRETT A. SHUMATE<br>Assistant Attorney General<br><br>LEAH B. FOLEY<br>United States Attorney<br><br>BRIAN C. LEA<br>Deputy Associate Attorney General<br><br>KIRK T. MANHARDT<br>Director<br><br>MARC S. SACKS<br>Deputy Director<br><br>/s/ *Bethany R. Theriot*<br>BETHANY R. THERIOT (D.C. Bar 1022065)<br>I-HENG HSU (NY Reg. No. 4904033)<br>Trial Attorneys<br>U.S. Department of Justice, Civil Division<br>Corporate/Financial Litigation Section<br>P.O. Box 875<br>Ben Franklin Station<br>Washington D.C. 20044-0875<br>Tel: (202) 307-0244<br>bethany.theriot@usdoj.gov<br>i-heng-hsu@usdoj.gov<br><br>*Attorneys for Defendants* |

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

| | |
|---|---|
| Dated:  November 14, 2025 | /s/ *Bethany R. Theriot*<br>BETHANY R. THERIOT<br>Trial Attorney |