# EXHIBIT A

## Block Billing - Attorneys

| Date | Name | Description | Hours | Narrative |
|---|---|---|---|---|
| 4/24/2025 | Kirsten Hicks Spira | Partner | 6.8 | Exchange emails with team re new NSF matter; Review extensive background materials. Call with Barbara Snyder and team re status and next steps; arrange for conflicts check; call with Harrison re various questions on procedure and status |
| 4/25/2025 | Kirsten Hicks Spira | Partner | 5.7 | Numerous emails with Barbara Snyder and communications with various institutions that are acting as plaintiffs in expected NSF suit and provide declarations and communicate and coordinate with team and review draft declarations |
| 4/26/2025 | Kirsten Hicks Spira | Partner | 4.2 | Exchange many emails with team re NSF status and declaraitons; continue review of dicuments; exchange many emails with universities re status; exchange emails with firm re status of clients and new matter; update tracker |
| 5/2/2025 | Kirsten Hicks Spira | Partner | 11.1 | Reviewed NSF guidance; Meetings with Jenner team. Communicate, answer questions and provide guidance to plaintiff and declarant universities; draft various summary memos on status of university declarations. |
| 5/2/2025 | Steven R. Englund | Partner | 2.5 | Reviewed NSF announcement; exchanged emails with Jenner team re scope of NSF announcement; call with Jenner team re response to NSF notice; attended to engagement letter for plaintiff group. |
| 5/2/2025 | Logan C.G. Wren | Associate | 4.8 | Drafted section of potential summary judgment briefing; reviewed organizational declarations; coordinated with Jenner team to prepare filing; strategized with Jenner team re arguments. |
| 5/2/2025 | Illyana A. Green | Associate | 2.4 | Analyzed NSF briefing; researched administrative law issues; conferred with B. Henthorne, Z. Schauf, A. Motgi, H. Ledwell, L. Wren, and S. Montgomery re weekend division of work. |
| 5/2/2025 | Anjali Motgi | Partner | 7.1 | Conferred with team; revised template declaration; coordinated with B. Henthorne and associate team; reviewed and revised draft MSJ |
| 5/2/2025 | Lindsay C. Harrison | Partner | 6.2 | Corresponded with J&B team re NSF policy and analyzed same; met with team to discuss next steps for filing; reviewed NSF policy; reviewed current draft complaint and brief and discussed next steps in light of policy; corresponded with AAU and university plaintiffs re declarations and litigation. |
| 5/2/2025 | Zachary C. Schauf | Partner | 5.4 | Analyzed claims over grant pause;planned complaint; conferref [sic] with the team re same |
| 5/3/2025 | Kirsten Hicks Spira | Partner | 7.5 | Review and respond to over a dozen Universities providing declarations and provide guidance; Revise declarations; emails with team re various issues re motion and timing. |
| 5/3/2025 | Steven R. Englund | Partner | 2.1 | Attended to engagement letters for plaintiff group; emails with Jenner team re scope of NSF policy, effective indirect cost rates, declaration language; conversation with K. Spira re calculation of indirect costs. |
| 5/3/2025 | Logan C.G. Wren | Associate | 3.5 | Reviewed organization declarations; reviewed and edited complaint for client review; corresponded with Jenner team re complaint and brief strategy |
| 5/3/2025 | Lindsay C. Harrison | Partner | 3.5 | Revised complaint; corresponded with universities re declarations, injunctive relief; corresponded with team re revisions to complaint, motion, strategy; discussed strategy with I. Bhabha. |
| 5/3/2025 | Anjali Motgi | Partner | 4.7 | Finished reviewing and revising draft MSJ; emailed B. Henthorne, Z. Schauf, and associate team re complaint, declarations, and other logistics. |
| 5/4/2025 | Anjali Motgi | Partner | 2.5 | Coordinated with team re complaint, logistics, and related issues; reviewed revisions of H. Ledwell and team to MSJ. |
| 5/4/2025 | Kirsten Hicks Spira | Partner | 10.7 | Work with Universities answering questions about declarations and reviewing and revising declarations; revise template. |
| 5/5/2025 | Kirsten Hicks Spira | Partner | 12.4 | Review and revise over a dozen university declarations and communicate with declarants re same, answer university questions, review complaint, confer with team re declaration facts. |
| 5/5/2025 | Mary E. Marshall | Associate | 8.7 | Revised brief; revised client declarations; conferred with Jenner team and clients re irreparable harm arguments. |
| 5/5/2025 | Logan C.G. Wren | Associate | 4.2 | Analyzed case law and fact materials for draft complaint; reviewed draft declarations; corresponded with Jenner team to prepare declarations for filing. |
| 5/5/2025 | Tanner J. Lockhead | Associate | 3.1 | Reviewed and analyzed several declarations and conferred with team re edits to same; identified material from finalized declarations to include in brief; cited declaration material in the brief; and identified factual propositions for additional support or revisions. |
| 5/5/2025 | Sophia W. Montgomery | Associate | 6.6 | Revised complaint to reflect client and other edits, coordinated with paralegals regarding proofing and cite check, discussed revisions and next steps with Jenner team, coordinated with K. Spira regarding finalizing facts in complaint regarding plaintiffs, and finalized complaint for filing. |
| 5/5/2025 | Anjali Motgi | Partner | 2.6 | Corresponded with clients and with team about filings; reviewed and revised jurisdictional section of brief; reviewed and revised irreparable harm drafting and related communications over email. |

| Date | Name | | Hours | Narrative |
|---|---|---|---|---|
| 5/6/2025 | Kirsten Hicks Spira | Partner | 12.3 | Continue editing and finalizing University declarations, confer with team re next steps and briefing. |
| 5/6/2025 | Steven R. Englund | Partner | 9.3 | Exchanged emails with Jenner team re irreparable injury; reviewed, revised and finalized declarations; call with K. Spira re outstanding declarations. |
| 5/6/2025 | Logan C.G. Wren | Associate | 7.4 | Reviewed client declarations and drafted relevant sections of brief; corresponded with Jenner team on declaration and brief strategy. |
| 5/6/2025 | Anjali Motgi | Partner | 7.3 | Reviewed and edited declarations; discussed declaration drafts with declarants; edited brief and reviewed edits to same; communicated with internal Jenner team re brief. |
| 5/7/2025 | Steven R. Englund | Partner | 5.2 | Finalized declarations; numerous emails re same. |
| 5/7/2025 | Kirsten Hicks Spira | Partner | 4.8 | Exchange emails with universities and prepare and finalize multiple declarations; Organize final declarations for filing; exchange email with team regarding various briefing issues. |
| 5/7/2025 | Mary E. Marshall | Associate | 4.2 | Revised preliminary injunction brief; revised client declarations; conferred with clients re declarations. |
| 5/7/2025 | Logan C.G. Wren | Associate | 7.6 | Reviewed client declarations; incorporated new declaration facts into brief argument; corresponded with Jenner team re declaration review; reviewed and edited brief. |
| 5/7/2025 | Anjali Motgi | Partner | 8.6 | Revised declarations, edited brief, coordinated with associate team; discussed strategy with B. Henthorne and Z. Schauf; edited brief and incorporated declaration citations throughout; reviewed client edits to brief; communicated with associate team; reviewed cover motions. |
| 5/7/2025 | Tanner J. Lockhead | Associate | 1.9 | Prepared for filing; reviewed declarations and brief for consistency; organized declarations in anticipation of filing; proofed portion of brief; and corresponded with team re same. |
| 5/8/2025 | Kyle Eiswald | Associate | 1.75 | Review correspondence between co-counsel and P Clement re strategy; read proposed motion for expedited briefing and overlength brief; review correspondence re same; read statutory section of brief; confer with E. Yan re filing of motion exhibits and brief |
| 5/8/2025 | James Xi | Partner | 1.5 | Revise PI/MSJ brief; discuss same with B. Henthorne; discuss filing with E. Yan |
| 5/8/2025 | Tanner J. Lockhead | Associate | 3.5 | Revised and updated citations to conform with local rules in the merits brief; coordinated with paralegal team to ensure revisions were included in to-file drafts; corresponded with associate team re analysis on outstanding legal research questions and related strategy ahead of filing; and completed final proofread of materials. |
| 5/8/2025 | Anjali Motgi | Partner | 7.7 | Edited, reviewed, and helped finalize PI/MSJ motion; edited, reviewed, and helped finalize related filings, including declarations, scheduling motion and motion for PI, and proposed orders; corresponded with clients about finalization of declarations; coordinated with Jenner team and co-counsel about filings. |
| 5/9/2025 | Kyle Eiswald | Associate | 0.5 | Review district court's order re statement of undisputed material facts; review correspondence from co-counsel re strategy; confer with E. Yan re courtesy copy for district court |
| 5/14/2025 | Logan C.G. Wren | Associate | 4.6 | Drafted renewed motion for expedited briefing schedule; analyzed case law to inform renewed motion; corresponded with Jenner team re filing motion; reviewed, edited, and prepared motion and proposed order for filing; filed motion and proposed order. |
| 5/14/2025 | Kirsten Hicks Spira | Partner | 0.9 | Email to team re email client lists; review status report from Henthorne; Review questions from declarant school; Review motion and court order. |
| 5/27/2025 | Logan C.G. Wren | Associate | 4.6 | Coordinated with Jenner team to prepare reply brief; reviewed government response brief; prepared summary of government response for client; met with Jenner team to discuss reply brief strategy; drafted portions of reply brief. |
| 5/27/2025 | Zachary C. Schauf | Partner | 2.1 | Reviewed government brief; conferred with team re same; planned reply. |
| 5/28/2025 | Logan C.G. Wren | Associate | 5.5 | Drafted portions of reply brief; corresponded with Jenner team re reply brief strategy and legal research; analyzed case law to inform legal argument in reply brief. |
| 5/30/2025 | Sophia W. Montgomery | Associate | 2.2 | Conducted research for reply, corresponded with Jenner team regarding same, and revised draft reply. |
| 6/2/2025 | Sophia W. Montgomery | Associate | 3.3 | Reviewed and revised brief, including reviewing and implementing cite check. |
| 6/3/2025 | Sophia W. Montgomery | Associate | 3 | Revised brief, including reviewing proofread and implementing edits from B. Henthorne; finalized brief for filing. |
| | Total | | 238.05 | |

## Block Billing - Paralegals

| Date | Name | Description | Hours | Narrative |
|---|---|---|---|---|
| 4/27/2025 | Sandra M. Gentile | Paralegal | 4.5 | Drafted temporary restraining order motion, memorandum in support template, motion for excess pages, proposed orders, category sheet, civil cover sheet, summonses, corporate disclosure statements for all proposed plaintiffs, appearances, and pro hac vice motions related to proposed complaint |

| Date | Name | Role | Hours | Description |
|---|---|---|---|---|
| 5/5/2025 | Mary F. Patston | Paralegal | 6.2 | Proofread complaint, input edits and circulated to S. Montgomery; pulled additional cites from summary judgment motion; reviewed and edited argument portion of summary judgment motion checking legal citations for accuracy. |
| 5/7/2025 | Mary F. Patston | Paralegal | 7.5 | Reviewed and edited memo in support of preliminary injunction in NSF matter, checking legal and record cites for accuracy; conferred with team re same. |
| 5/7/2025 | Ethan Yan | Paralegal | 0.5 | Correspond with J. Xi K. Eiswald and Jenner team re filing logistics, monitor docket; prepare notices of appearance for P. Clement J Xi and K. Eiswald; file same |
| 5/8/2025 | Ethan Yan | Paralegal | 3.25 | Confer with J. Xi K Eiswald and Jenner team re filing logistics; finalize motion exhibits and memorandum for filing; file same |
| 5/9/2025 | Ethan Yan | Paralegal | 2.25 | Prepare courtesy copies of PI aand SJ filings; confer with A. Brtton re same; email D. Moore re same; confer with M. Pallaki and K. Eiswald re case status |
| | **Total** | | 24.2 | |