# EXHIBIT B

## Corresponding - Attorneys

| Date | Name | Description | Hours | Narrative |
|---|---|---|---|---|
| 4/24/2025 | Sophia W. Montgomery | Associate | 0.3 | Discussed plan for filings with B. Henthorne. |
| 4/24/2025 | Sophia W. Montgomery | Associate | 0.1 | Coordinated with paralegal regarding filing plan. |
| 4/24/2025 | Betsy L. Henthorne | Partner | 0.7 | Corresponded re case preparation (.2); conferred with B. Snyder and J&B team re potential NSF and DOD lawsuits (.5). |
| 4/25/2025 | Sophia W. Montgomery | Associate | 0.2 | Coordinated with T. Lockhead regarding next steps for potential NSF litigation. |
| 4/25/2025 | Lindsday C. Harrison | Partner | 1 | Correspondence with K. Spira and with declarant and plaintiff universities re NSF litigation |
| 4/25/2025 | Sophia W. Montgomery | Associate | 0.5 | Strategized and discussed next steps for indirect cost litigation with B. Henthorne and associate team. |
| 4/25/2025 | Betsy L. Henthorne | Partner | 1 | met with J&B associate team re draft documents and filing plan (.2); conferred with K. Spira re declarations (.2); conferred with L. Harrison re filing plan (.3); correspondence re declarations and draft filings (.3). |
| 4/25/2025 | Tanner J. Lockhead | Associate | 0.5 | Met with litigation team to discuss strategy, the anticipated policy release, and upcoming workflow, in order to draft materials on an expedited timeline necessary to obtain quick relief. |
| 4/27/2025 | Kirsten Hicks Spira | Partner | 1.5 | Email to team with status report and review new status emails from various. |
| 4/27/2025 | Betsy L. Henthorne | Partner | 0.3 | Corresponded re declarations. |
| 4/28/2025 | Sophia W. Montgomery | Associate | 0.1 | Reviewed correspondence among Jenner team regarding status of declarations for NSF matter. |
| 4/28/2025 | Kirsten Hicks Spira | Partner | 1.3 | Outreach and communicate with potential declarants and internal conflicts re engagement agreements; revise NSF declaration tracker |
| 4/28/2025 | Betsy L. Henthorne | Associate | 0.2 | Corresponded re potential declaration. |
| 4/29/2025 | Kirsten Hicks Spira | Partner | 0.8 | Exchange emails with AAU re status; exchange emails with potential declarants re status. |
| 4/29/2025 | Betsy L. Henthorne | Partner | 0.4 | Corresponded re potential declaration. |
| 4/29/2025 | Tanner J. Lockhead | Associate | 0.3 | Corresponded with M. Marshall re collecting and analyzing data re grant funding to member institutions. |
| 4/29/2025 | Betsy L. Henthorne | Partner | 0.1 | Corresponded re potential declaration |
| 4/29/2025 | Sophia W. Montgomery | Associate | 0.1 | Discussed plan for filings with T. Lockhead. |
| 4/30/2025 | Kirsten Hicks Spira | Partner | 0.4 | Emails and calls with team re NSF status. |
| 4/30/2025 | Betsy L. Henthorne | Partner | 0.1 | Corresponded re declarations. |
| 4/30/2025 | Betsy L. Henthorne | Partner | 0.8 | Corresponded re timing and draft filings (.7); conferred with L. Harrison re timing and declarations (.1). |
| 4/30/2025 | Lindsay C. Harrison | Partner | 0.5 | Corresponded re NSF guidance and strategy. |
| 5/1/2025 | Lindsay C. Harrison | Partner | 1.4 | Corresponded with B. Snyder, universities, J&B team re preparations for NSF case, prospective nature of policy, and statutory scheme. |
| 5/1/2025 | Sophia W. Montgomery | Associate | 0.1 | Reviewed correspondence among Jenner team regarding changes to declarations. |
| 5/1/2025 | Sophia W. Montgomery | Associate | 0.2 | Reviewed correspondence from T. Lockhead and B. Henthorne regarding summary judgment. |
| 5/1/2025 | Hilary R. Ledwell | Associate | 0.2 | Conferred with internal team re preparation for NSF litigation. |
| 5/1/2025 | Sophia W. Montgomery | Associate | 0.2 | Strategized with B. Henthorne regarding next steps in NSF litigation. |
| 5/2/2025 | Betsy L. Henthorne | Partner | 8.5 | Corresponded re declarations and litigation preparation (4.0); conferred and corresponded re potential declarants (2.2); conferred with L. Harrison re ongoing workstreams (.3); conferred with H. Ledwell re draft brief (.6); conferred with K. Spira re declarations (.1); conferred with J&B team re ongoing workstreams (1.0); conferred with A. Motgi re brief and declarations (.3). |
| 5/2/2025 | Sophia W. Montgomery | Associate | 0.1 | Corresponded with Jenner team regarding declarations and next steps. |
| 5/2/2025 | Sophia W. Montgomery | Associate | 0.1 | Reviewed correspondence among Jenner team regarding issues for declarations. |
| 5/2/2025 | Hilary R. Ledwell | Associate | 0.4 | Participated on call with internal team re NSF litigation planning. |
| 5/2/2025 | Hilary R. Ledwell | Associate | 0.4 | Participated on call with B. Henthorne re NSF litigation. |
| 5/2/2025 | Hilary R. Ledwell | Associate | 0.2 | Participated on call with B. Henthorne re preparing NSF litigation. |
| 5/2/2025 | Sophia W. Montgomery | Associate | 0.2 | Strategized regarding plan for filings with Jenner team. |
| 5/2/2025 | Sophia W. Montgomery | Associate | 0.4 | Strategized next steps and theories of harm with Jenner team. |
| 5/2/2025 | James Xi | Partner | 0.5 | Exchange emails with K. Eiswald re AAU NSF lawsuit |
| 5/3/2025 | Betsy L. Henthorne | Partner | 2.1 | Corresponded re draft filings and declarations (2.1). |
| 5/4/2025 | Lindsay C. Harrison | Partner | 0.8 | Corresponded with team, declarant universities re complaint and relief being sought (.8); |
| 5/4/2025 | Sophia W. Montgomery | Associate | 0.1 | Reviewed correspondence among Jenner team regarding updates to declaration template. |
| 5/4/2025 | Sophia W. Montgomery | Associate | 0.2 | Reviewed correspondence regarding declarations and draft declarations. |
| 5/4/2025 | Sophia W. Montgomery | Associate | 0.3 | Corresponded with Jenner team regarding revisions and timing for complaint. |
| 5/4/2025 | Betsy L. Henthorne | Partner | 2.9 | Corresponded re draft filings and declarations (2.9); |

| Date | Name | Title | Hours | Description |
|---|---|---|---|---|
| 5/5/2025 | Betsy L. Henthorne | Partner | 6 | Corresponded re declarations (.7); correspondence re draft materials and filing (4.7); conferred with S. Montgomery re complaint (.2); conferred with K. Brandeisky re filing (.4); |
| 5/5/2025 | Lindsay C. Harrison | Partner | 0.4 | Corresponded with team re responses to client questions (.4). |
| 5/5/2025 | Sophia W. Montgomery | Associate | 0.4 | Reviewed correspondence among Jenner team and declarants regarding declarations. |
| 5/6/2025 | Hilary R. Ledwell | Associate | 0.1 | Participated on call with S. Montgomery re editing brief. |
| 5/6/2025 | Hilary R. Ledwell | Associate | 0.2 | Participated in meeting with B. Henthorne re NSF brief. |
| 5/6/2025 | Hilary R. Ledwell | Associate | 0.4 | Participated in meeting with B. Henthorne re brief. |
| 5/6/2025 | Hilary R. Ledwell | Associate | 0.1 | Conferred with NSF team re legal research. |
| 5/6/2025 | Betsy L. Henthorne | Partner | 4 | Corresponded re declarations and irreparable harm (2.5); conferred with L. Wren re declarations and irreparable harm (.3); conferred with H. Ledwell re brief (.3); conferred with K. Brandeisky re ongoing workstreams (.2); conferred with M. Marshall re declarations (.2); conferred with Z. Schauf re irreparable harm (.1). |
| 5/6/2025 | Lindsay C. Harrison | Partner | 1.5 | Corresponded with universities re declarations (.8); corresponded with J&B team re strategy on motion (.7); |
| 5/6/2025 | Sophia W. Montgomery | Associate | 0.2 | Discussed next steps in litigation with B. Henthorne. |
| 5/6/2025 | Sophia W. Montgomery | Associate | 0.1 | Discussed next steps for brief with H. Ledwell. |
| 5/6/2025 | Paul Clement | Partner | 0.5 | Exchange emails re irreparable harm |
| 5/7/2025 | Paul Clement | Partner | 0.5 | Exchange emails re draft complaint and supporting brief |
| 5/7/2025 | Hilary R. Ledwell | Associate | 0.1 | Participated on call with A. Motgi re revising brief. |
| 5/7/2025 | Hilary R. Ledwell | Associate | 0.2 | Participated on call with M. Marshall re revising brief. |
| 5/7/2025 | Hilary R. Ledwell | Associate | 0.4 | Participated on call with B. Henthorne re brief. |
| 5/7/2025 | Hilary R. Ledwell | Associate | 0.2 | Participated on call with T. Lockhead re finalizing brief. |
| 5/7/2025 | Hilary R. Ledwell | Associate | 0.4 | Participated on call with B. Henthorne re brief. |
| 5/7/2025 | Betsy L. Henthorne | Partner | 5.2 | Correspondence re declarations and draft brief (3.7); conferred with A. Motgi re declarations and filing (.2); conferred with L. Harrison re draft brief and filing (.1); conferred with H. Ledwell re draft brief and filing (1.2). |
| 5/7/2025 | Sophia W. Montgomery | Associate | 0.2 | Corresponded with paralegals regarding sources for cite check. |
| 5/7/2025 | Sophia W. Montgomery | Associate | 0.2 | Reviewed declaration updates and corresponded with Jenner team regarding same. |
| 5/7/2025 | Sophia W. Montgomery | Associate | 0.1 | Reviewed correspondence among Jenner team regarding argument in brief. |
| 5/7/2025 | Sophia W. Montgomery | Associate | 0.2 | Reviewed Jenner-team correspondence regarding declarations. |
| 5/7/2025 | Sophia W. Montgomery | Associate | 0.2 | Conferred with Hilary Ledwell and paralegals regarding citations and cite check. |
| 5/8/2025 | Hilary R. Ledwell | Associate | 0.1 | Participated on call with I. Green re brief. |
| 5/8/2025 | Hilary R. Ledwell | Associate | 0.3 | Participated in meeting with B. Henthorne re brief. |
| 5/8/2025 | Hilary R. Ledwell | Associate | 0.1 | Participated on call with S.M. Gentile re filing brief. |
| 5/8/2025 | Hilary R. Ledwell | Associate | 0.1 | Participated in meeting with B. Henthorne re brief. |
| 5/8/2025 | Kirsten Hicks Spira | Partner | 3.3 | Review and respond to voluminous university and team emails regarding finalizing declarations, timing of filings and anticipated schedule. |
| 5/8/2025 | Betsy L. Henthorne | Partner | 6.7 | Corresponded re draft brief, declarations, and filing (4.3); conferred with H. Ledwell re draft brief, client edits, and filing (1.5); conferred with L. Harrison re draft brief and filing (.2); conferred with A. Motgi re draft brief and filing (.2); conferred with J. Xi re filing (.1); conferred with Z. Schauf re draft brief and filing (.2). |
| 5/8/2025 | Lindsay C. Harrison | Partner | 1.1 | Correspondence re motion and declarations with J&B team (.7); correspondence with universities (.4). |
| 5/8/2025 | Tanner J. Lockhead | Associate | 0.3 | Corresponded with H. Ledwell and docketing team re outreach to clerk's office re standing order to ensure compliance. |
| 5/9/2025 | Kirsten Hicks Spira | Partner | 1.3 | Review filings; emails with team re motion deadline; emails with Universities re scheduling |
| 5/9/2025 | Betsy L. Henthorne | Partner | 1.8 | Corresponded re filings and court orders (1.8); |
| 5/9/2025 | Lindsay C. Harrison | Partner | 0.5 | Corresponded with team re strategy on scheduling briefing. |
| 5/9/2025 | Logan C. G. Wren | Associate | 0.2 | Reviewed Jenner team correspondence re filing strategy and timeline. |
| 5/9/2025 | Anjali Motgi | Partner | 0.4 | Participated in internal corresponendnce re briefing schedule |
| 5/9/2025 | Sophia W. Montgomery | Associate | 0.1 | Reviewed correspondence among Jenner team regarding staffing and other cuts at NSF and effect on litigation. |
| 5/9/2025 | Hilary R. Ledwell | Associate | 0.1 | Attended to correspondence re litigation. |
| 5/9/2025 | Paul Clement | Partner | 0.5 | Exchange emails re next steps and government proposal |
| 5/11/2025 | Logan C. G. Wren | Associate | 0.3 | Reviewed Jenner correspondence re filing and litigation strategy. |
| 5/12/2025 | Betsy L. Henthorne | Partner | 0.1 | Corresponded re briefing schedule |
| 5/12/2025 | Zachary C. Schauf | Partner | 1 | Strategized re scheduling issues and reviewed draft correspondence re same. |
| 5/12/2025 | Kyle Eiswald | Associate | 0.25 | Review correspondence between government and co-counsel re litigation proceedings |
| 5/13/2025 | Kyle Eiswald | Associate | 0.25 | Review correspondence between government and co-counsel re next steps in litigation |
| 5/13/2025 | Betsy L. Henthorne | Partner | 1.8 | Corresponded re briefing schedule and NSF actions (1.5); conferred with L. Wren re motion for briefing schedule (.3). |
| 5/13/2025 | Zachary C. Schauf | Partner | 0.5 | Strategized with team re scheduling issues. |

| Date | Name | Title | Hours | Description |
|---|---|---|---|---|
| 5/14/2025 | Steven R. Englund | Partner | 0.3 | Exchanged emails with declarant and Jenner team re status of NSF proposals and potential additional lawsuit. |
| 5/14/2025 | Hilary R. Ledwell | Associate | 0.1 | Participated in meeting with internal team re reply brief. |
| 5/14/2025 | Betsy L. Henthorne | Partner | 2 | Conferred with A. Motgi and Z. Schauf re briefing schedule (.6); corresponded re briefing schedule (1.1); conferred with clients re litigation (.3). |
| 5/14/2025 | Zachary C. Schauf | Partner | 2.9 | Strategized with team re schedule and edited motion to set a schedule and for relief from Rule 56.1 requirement. |
| 5/14/2025 | Kyle Eiswald | Associate | 0.5 | Review correspondence between co-counsel and P. Clement re strategy; review correspondence between government and co-counsel re litigation proceedings; review district court filings |
| 5/14/2025 | Paul Clement | Partner | 0.5 | Exchange emails re scheduling issues and preliminary injunction request |
| 5/15/2025 | Paul Clement | Partner | 0.25 | Exchange emails re possible PI hearing |
| 5/15/2025 | Kirsten Hicks Spira | Partner | 0.3 | Review new pleadings and court order; review emails to clients. |
| 5/15/2025 | Betsy L. Henthorne | Partner | 0.2 | Corresponded with plaintiffs and declarants re NSF policy implementation (.1); correspondence re PI argument (.1). |
| 5/15/2025 | Lindsay C. Harrison | Partner | 0.3 | Corresponded re oral argument, hearing. |
| 5/15/2025 | Zachary C. Schauf | Partner | 0.3 | Coordinated oral argument issues. |
| 5/16/2025 | Logan C. G. Wren | Associate | 0.2 | Corresponded with Jenner team re preparing for reply brief. |
| 5/16/2025 | Logan C. G. Wren | Associate | 0.3 | Corresponded with Jenner team re litigation strategy. |
| 5/16/2025 | Hilary R. Ledwell | Associate | 0.1 | Conferred with B. Henthorne re argument preparation. |
| 5/16/2025 | Hilary R. Ledwell | Associate | 0.1 | Conferred with internal team re reply brief preparation. |
| 5/16/2025 | Betsy L. Henthorne | Partner | 1.5 | Case management and correspondence re ongoing workstreams (.7); conferred with H. Ledwell re litigation strategy and staffing (.3); corresponded re stay and briefing schedule (.5). |
| 5/16/2025 | Anjali Motgi | Partner | 1.1 | Communicated with Jenner team re planning, logistics, and binder prep for further drafting and argument next week. |
| 5/16/2025 | Kyle Eiswald | Associate | 0.25 | Confer with J. Xi re preliminary-injunction argument details and government's filing |
| 5/16/2025 | Paul Clement | Partner | 0.25 | Exchange emails re government acquiescence in briefing schedule |
| 5/17/2025 | Betsy L. Henthorne | Partner | 0.2 | Corresponded re stay. |
| 5/18/2025 | Betsy L. Henthorne | Partner | 1.4 | Corresponded re stay (.9); conferred with J&B and C&M teams re stay (.5); |
| 5/18/2025 | Lindsay C. Harrison | Partner | 1 | Emailed with team re implications of voluntary stay (.5); call with P. Clement re same (.5); |
| 5/19/2025 | Hilary R. Ledwell | Associate | 0.2 | Conferred with B. Henthorne re briefing strategy. |
| 5/19/2025 | Betsy L. Henthorne | Partner | 2.4 | Correspondd (sic) re response to stay filing (1.0); conferred with K. Brandeisky re stay and briefing schedule (.1); conferred with plaintiffs re stay and filing (.2); conferred with H. Ledwell re reply brief (.1); corresponded re potential for state litigation (.1) |
| 5/21/2025 | Hilary R. Ledwell | Associate | 0.5 | Participated in meeting with B. Henthorne re briefing strategy. |
| 5/21/2025 | Hilary R. Ledwell | Associate | 0.4 | Participated in meeting with internal team re briefing analysis. |
| 5/22/2025 | Hilary R. Ledwell | Associate | 0.6 | Conferred with internal team re briefing strategy. |
| 5/23/2025 | Betsy L. Henthorne | Partner | 0.5 | Corresponded re stay and implementation. |
| 5/26/2025 | Lindsay C. Harrison | Partner | 0.1 | Emailed with T. Lockhead re public line for hearing. |
| 5/27/2025 | Hilary R. Ledwell | Associate | 0.2 | Conferred with internal team re reply brief. |
| 5/27/2025 | Hilary R. Ledwell | Associate | 0.9 | Participated in meeting with internal team re reply brief. |
| 5/27/2025 | Hilary R. Ledwell | Associate | 0.5 | Participated on call with B. Henthorne re reply brief. |
| 5/27/2025 | Betsy L. Henthorne | Partner | 2.1 | Corresponded regarding reply brief and hearing (.8); met with J&B team re government's brief and plan for drafting reply (.8); conferred with H. Ledwell regarding reply brief (.5). |
| 5/27/2025 | Tanner J. Lockhead | Associate | 0.9 | Attended call with B. Henthorne, Z. Schauf, I. Green, H. Ledwell, and L. Wren to discuss legal strategy for reply brief. |
| 5/28/2025 | Hilary R. Ledwell | Associate | 0.8 | Conferred with internal team re drafting reply brief. |
| 5/28/2025 | Hilary R. Ledwell | Associate | 0.1 | Participated in meeting with I. Green re reply brief. |
| 5/28/2025 | Hilary R. Ledwell | Associate | 0.1 | Participated in meeting with B. Henthorne re reply brief. |
| 5/28/2025 | Sophia W. Montgomery | Associate | 0.3 | Strategized regarding reply brief with T. Lockhead. |
| 5/28/2025 | Betsy L. Henthorne | Partner | 1.7 | Corresponded re government's opposition and our reply brief (1.1); corresponded re stay implementation (.6); |
| 5/28/2025 | Ethan Yan | Paralegal | 0.25 | Confer with K. Eiswald re government's brief |
| 5/29/2025 | Hilary R. Ledwell | Associate | 0.1 | Participated on call with B. Henthorne re reply brief. |
| 5/29/2025 | Hilary R. Ledwell | Associate | 0.2 | Participated in meeting with B. Henthorne re reply brief. |
| 5/29/2025 | Hilary R. Ledwell | Associate | 0.9 | Participated in meetings with B. Henthorne and Z. Schauf re reply brief. |
| 5/29/2025 | Sophia W. Montgomery | Associate | 0.1 | Reviewed correspondence from H. Ledwell and B. Henthorne regarding factual questions for reply. |
| 5/29/2025 | Sophia W. Montgomery | Associate | 0.2 | Conferred with Jenner team regarding edits to reply. |
| 5/29/2025 | Betsy L. Henthorne | Partner | 1.3 | Correspondence re reply brief (.6); conferred with H. Ledwell re reply brief (.5); conferred with H. Ledwell and Z. Schauf re reply brief (.2). |
| 5/30/2025 | Betsy L. Henthorne | Partner | 0.1 | conferred with H. Ledwell re draft reply brief (.1). |
| 6/1/2025 | Hilary R. Ledwell | Associate | 0.2 | Conferred with internal team re legal research for reply brief. |

| Date | Name | Title | Hours | Description |
|---|---|---|---|---|
| 6/1/2025 | Betsy L. Henthorne | Partner | 1.1 | Corresponded re reply brief and ongoing workstreams. |
| 6/2/2025 | Sophia W. Montgomery | Associate | 0.3 | Reviewed analysis and correspondence from I. Green, Z. Schauf, and H. Ledwell. |
| 6/2/2025 | Sophia W. Montgomery | Associate | 0.1 | Conferred with B. Henthorne and H. Ledwell regarding next steps for NSF reply. |
| 6/2/2025 | Betsy L. Henthorne | Partner | 0.6 | Correspondence re draft reply brief (.5); correspondence re stay and NSF actions (.1); Conferred with H. Ledwell re reply brief (.1); corresponded re |
| 6/3/2025 | Betsy L. Henthorne | Partner | 0.2 | related case (.1). |
| 6/4/2025 | Betsy L. Henthorne | Partner | 0.5 | Corresponded re ongoing workstreams. |
| 6/5/2025 | Betsy L. Henthorne | Partner | 0.5 | Corresponded re oral argument preparation. |
| 6/6/2025 | Betsy L. Henthorne | Partner | 0.3 | Corresponded re oral argument preparation |
| 6/9/2025 | Sophia W. Montgomery | Associate | 0.2 | Discussed issues for oral argument preparation with B. Henthorne and H. Ledwell. |
| 6/9/2025 | Sophia W. Montgomery | Associate | 0.1 | Reviewed correspondence among Jenner team regarding potential new plaintiff. |
| 6/9/2025 | Betsy L. Henthorne | Partner | 0.7 | Corresponded re policy implementation and status of stay (.5); conferred with L. Harrison re policy implementation and related case (.1); conferred with K. Brandeisky re legal research (.1). |
| 6/9/2025 | James Xi | Partner | 0.5 | Correspond re stay issues |
| 6/9/2025 | Kara V. Brandeisky | Associate | 0.3 | Conferred with B. Henthorne et al. re proof of service and corporate disclosure. |
| 6/10/2025 | James Xi | Partner | 0.25 | Correspond with P. Clement and Jenner team re argument and moot preparation |
| 6/10/2025 | Paul Clement | Partner | 0.25 | Exchange emails re oral argument |
| 6/11/2025 | Sophia W. Montgomery | Associate | 0.1 | Reviewed correspondence and research from I. Green. |
| 6/11/2025 | Betsy L. Henthorne | Partner | 2.2 | Corresponded re policy implementation and status of stay oral argument preparation (2.2); |
| 6/11/2025 | Hilary R. Ledwell | Associate | 0.6 | Conferred with internal team re moot and reviewed associated notes. |
| 6/11/2025 | Betsy L. Henthorne | Partner | 0.3 | conferred with Z. Schauf and L. Harrison re oral argument (.1); conferred with H. Ledwell re oral argument (.2). |
| 6/12/2025 | Sophia W. Montgomery | Associate | 0.1 | Reviewed correspondence from B.Henthorne. |
| 6/12/2025 | Sophia W. Montgomery | Associate | 0.1 | Reviewed correspondence from I. Green re legal research. |
| 6/12/2025 | Betsy L. Henthorne | Partner | 0.2 | corresponded re oral argument preparation (.2); |
| 6/12/2025 | Betsy L. Henthorne | Partner | 0.3 | corresponded re public access line (.3). |
| 6/12/2025 | Kyle Eiswald | Associate | 0.25 | Review correspondence re summary judgement hearing |
| 6/13/2025 | Hilary R. Ledwell | Associate | 0.2 | Conferred with internal team re preparation for argument. |
| 6/13/2025 | Kyle Eiswald | Associate | 0.25 | Review correspondence re summary judgement proceedings |
| 6/13/2025 | Paul Clement | Partner | 0.25 | Exchange emails re PI hearing |
| 6/17/2025 | Hilary R. Ledwell | Associate | 0.1 | Conferred with internal team re stay. |
| 6/17/2025 | Betsy L. Henthorne | Partner | 0.7 | Correspondence re policy implementation and status of stay. |
| 6/17/2025 | Lindsay C. Harrison | Partner | 0.3 | Corresponded re order from Judge Talwani. |
| 6/18/2025 | Kirsten Hicks Spira | Partner | 0.3 | Respond to email from declarant school re status of stay. |
| 6/18/2025 | Betsy L. Henthorne | Partner | 1 | Corresponded re stay notice and compliance. |
| 6/18/2025 | Lindsay C. Harrison | Partner | 0.2 | Corresponded re compliance with stay. |
| 6/23/2025 | Betsy L. Henthorne | Partner | 0.1 | Corresponded re NSF's policy implementation. |
| 6/24/2025 | Betsy L. Henthorne | Partner | 0.8 | Corresponded re case status and updates. |
| 6/25/2025 | Betsy L. Henthorne | Partner | 1.1 | Corresponded re government's notice of decision. |
| 6/26/2025 | Betsy L. Henthorne | Partner | 0.3 | Corresponded re related case (.3) |
| 7/1/2025 | Betsy L. Henthorne | Partner | 0.1 | Corresponded re NSF's policy implementation. |
| 7/7/2025 | Lindsay C. Harrison | Partner | 0.2 | Corresponded with team re declaration question |
| 8/13/2025 | Betsy L. Henthorne | Partner | 0.4 | Corresponded re policy implementation and status of stay. |
| 8/28/2025 | Betsy L. Henthorne | Partner | 0.1 | Corresponded re appeal. |
| 8/26/2026 | James Xi | Partner | 0.25 | Correspond with K. Eiswald re notice of appearances |
| 8/28/2025 | Kyle Eiswald | Associate | 0.25 | Correspond with A. Britton and M. Levine re First circuit notices of appearance |
| 8/29/2025 | Betsy L. Henthorne | Partner | 0.3 | Corresponded re appeal and notices of appearance. |
| 8/29/2025 | Paul Clement | Partner | 0.25 | Exchange emails re CA1 briefing schedule |
| 9/23/2025 | Betsy L. Henthorne | Partner | 0.5 | Corresponded re government's dismissal offer. |
| 9/24/2025 | Betsy L. Henthorne | Partner | 0.1 | Corresponded re voluntary dismissal |
| 9/24/2025 | Kyle Eiswald | Associate | 0.25 | Review correspondence re government's motion to voluntarily dismiss appeal |
| 9/27/2025 | Betsy L. Henthorne | Partner | 0.2 | Corresponded re government's motion to voluntarily dismiss appeal |
| 9/30/2025 | Betsy L. Henthorne | Partner | 0.4 | Corresponded re impact of dismissal. |
| | **Total** | | **122.05** | |