# EXHIBIT C

## Oral Argument - Attorneys

| Date | Name | Description | Hours | Narrative |
|---|---|---|---|---|
| 5/15/2025 | Betsy L. Henthorne | Partner | 0.2 | Corresponded with plaintiffs and declarants re NSF policy implementation (.1); correspondence re PI argument (.1). |
| 5/15/2025 | Lindsay C. Harrison | Partner | 0.3 | Corresponded re oral argument, hearing. |
| 5/15/2025 | Zachary C. Schauf | Partner | 0.3 | Coordinated oral argument issues. |
| 5/16/2025 | Hilary R. Ledwell | Associate | 0.1 | Conferred with B. Henthorne re argument preparation. |
| 5/16/2025 | Zachary C. Schauf | Partner | 0.4 | NSF argument preparation. |
| 6/5/2025 | Betsy L. Henthorne | Partner | 0.5 | Corresponded re oral argument preparation. |
| 6/5/2025 | Zachary C. Schauf | Partner | 1.2 | Prepared for oral argument. |
| 6/6/2025 | Logan C. G. Wren | Associate | 0.4 | Prepared materials for oral argument. |
| 6/6/2025 | Sophia W. Montgomery | Associate | 0.2 | Coordinated preparation for moot with B. Henthorne and A. Baum. |
| 6/6/2025 | Betsy L. Henthorne | Partner | 0.3 | Corresponded re oral argument preparation |
| 6/6/2025 | Cheryl J. Kras | Paralegal | 2.2 | Collected, organized, indexed and prepared electronic binder of briefs and supporting documents re motions for preliminary injunction and summary judgment for team review re preparation for moot argument. |
| 6/6/2025 | Zachary C. Schauf | Partner | 3.9 | Prepared for oral argument. |
| 6/7/2025 | Sophia W. Montgomery | Associate | 0.5 | Reviewed and revised draft oral-argument preparation materials. |
| 6/7/2025 | Zachary C. Schauf | Partner | 5.6 | Prepared for oral argument. |
| 6/8/2025 | Logan C. G. Wren | Associate | 1.5 | Prepared materials for oral argument. |
| 6/8/2025 | Zachary C. Schauf | Partner | 5 | Prepared for oral argument. |
| 6/9/2025 | Logan C. G. Wren | Associate | 3 | Prepared materials for oral argument. |
| 6/9/2025 | Hilary R. Ledwell | Associate | 0.4 | Prepared materials for oral argument. |
| 6/9/2025 | Sophia W. Montgomery | Associate | 0.2 | Discussed issues for oral argument preparation with B. Henthorne and H. Ledwell. |
| 6/9/2025 | Sophia W. Montgomery | Associate | 4.5 | Researched legal issues for oral argument prep. |
| 6/9/2025 | Mary E. Marshall | Associate | 5.3 | Reviewed and excerpted declarations for oral argument prep. |
| 6/9/2025 | Betsy L. Henthorne | Partner | 4.8 | reviewed declarations and edited oral argument preparation materials (4.8); |
| 6/9/2025 | Zachary C. Schauf | Partner | 4.3 | Prepared for oral argument. |
| 6/10/2025 | Logan C. G. Wren | Associate | 1.5 | Prepared materials for oral argument. |
| 6/10/2025 | Hilary R. Ledwell | Associate | 0.4 | Prepared for moot. |
| 6/10/2025 | Lindsay C. Harrison | Partner | 2 | Prepared for moot and reviewed key regulatory provisions. |
| 6/10/2025 | Mary E. Marshall | Associate | 3.4 | Reviewed and excerpted declarations for oral argument prep. |
| 6/10/2025 | Betsy L. Henthorne | Partner | 0.8 | Reviewed and edited materials for oral argument preparation (.8); |
| 6/10/2025 | Zachary C. Schauf | Partner | 3.1 | Prepared for argument. |
| 6/10/2025 | Brantley A. Butcher | Associate | 0.8 | Conducted legal research for oral argument. |
| 6/10/2025 | Paul Clement | Partner | 0.25 | Exchange emails re oral argument |
| 6/11/2025 | Hilary R. Ledwell | Associate | 1.6 | Assisted with preparation for moot. |
| 6/11/2025 | Hilary R. Ledwell | Associate | 0.6 | Conferred with internal team re moot and reviewed associated notes. |
| 6/11/2025 | Hilary R. Ledwell | Associate | 0.7 | Reviewed moot. |
| 6/11/2025 | Logan C. G. Wren | Associate | 0.2 | Prepared materials for oral argument. |
| 6/11/2025 | Lindsay C. Harrison | Partner | 2 | Participated in moot of Z. Schauf and discussion following moot in preparation for argument. |
| 6/11/2025 | Lindsay C. Harrison | Partner | 2.5 | Reviewed briefs, opinions in DOE and NIH, and prepared for moot of Z. Schauf. |
| 6/11/2025 | Sophia W. Montgomery | Associate | 0.7 | Conducted legal research for oral argument |
| 6/11/2025 | Sophia W. Montgomery | Associate | 1.9 | Continued legal research for oral argument preparation and corresponded with Z. Schauf, B. Henthorne, and H. Ledwell regarding same. |
| 6/11/2025 | Sophia W. Montgomery | Associate | 2 | Prepared for and participated in moot. |
| 6/11/2025 | Sophia W. Montgomery | Associate | 0.1 | Coordinated with paralegal to prepare materials for oral argument. |
| 6/11/2025 | Mary E. Marshall | Associate | 0.4 | Reviewed and excerpted declarations to support in oral argument prep. |
| 6/11/2025 | Betsy L. Henthorne | Partner | 2.2 | Corresponded re policy implementation and status of stay oral argument preparation (2.2); |
| 6/11/2025 | Betsy L. Henthorne | Partner | 1.6 | participated in moot court for Friday hearing (1.6); |
| 6/11/2025 | Betsy L. Henthorne | Partner | 0.3 | conferred with Z. Schauf and L. Harrison re oral argument (.1); conferred with H. Ledwell re oral argument (.2). |
| 6/11/2025 | Zachary C. Schauf | Partner | 10.5 | Participated in moot; prepared for oral argument. |
| 6/11/2025 | Brantley A. Butcher | Associate | 1.8 | Reviewed case law and wrote summary for Z. Schauf. |
| 6/11/2025 | Illyana A. Green | Associate | 2.5 | Researched case law for oral argument. |
| 6/11/2025 | Kyle Eiswald | Associate | 3.5 | Prepare for moot; attend moot |
| 6/12/2025 | Hilary R. Ledwell | Associate | 0.2 | Reviewed legal research for argument preparation. |
| 6/12/2025 | Betsy L. Henthorne | Partner | 1.5 | Reviewed transcript from DOE hearing in preparation for oral argument (1.5); |
| 6/12/2025 | Betsy L. Henthorne | Partner | 0.2 | corresponded re oral argument preparation (.2); |
| 6/12/2025 | Zachary C. Schauf | Partner | 10.5 | Prepared for oral argument. |
| 6/12/2025 | Illyana A. Green | Associate | 1.5 | Researched case law for oral argument. |
| 6/13/2025 | Hilary R. Ledwell | Associate | 0.2 | Conferred with internal team re preparation for argument. |
| 6/13/2025 | Hilary R. Ledwell | Associate | 0.3 | Executed follow up related to hearing. |
| 6/13/2025 | Sophia W. Montgomery | Associate | 0.1 | Debriefed oral argument with Jenner team. |

| Date | Name | | | Hours | Narrative |
|---|---|---|---|---|---|
| 6/13/2025 | Zachary C. Schauf | Partner | | 7.9 | Prepared for and presented oral argument. |
| | | Total | | 114.85 | |

## Oral Argument - Paralegals

| Date | Name | Description | Hours | Narrative |
|---|---|---|---|---|
| 6/11/2025 | Sandra M. Gentile | Paralegal | 3.2 | Prepare hearing binder for Z. Schauf review. |