# EXHIBIT D

## Vague Entries - Attorneys

| Date | Name | Description | Hours | Narrative |
|---|---|---|---|---|
| 4/25/2025 | Mary E. Marshall | Associate | 1.7 | Reviewed declarations to inform irreparable harm section of brief; conferred with Jenner team re complaint and TRO motion drafting. |
| 4/28/2025 | Sophia W. Montgomery | Associate | 0.5 | Revised draft complaint. |
| 4/30/2025 | Illyana A. Green | Associate | 3.2 | Legal research re NSF grantmaking. |
| 4/30/2025 | Sophia W. Montgomery | Associate | 1 | Revised draft complaint. |
| 4/30/2025 | Logan C. G. Wren | Associate | 0.4 | Reviewed submitted declaration and corresponded with Jenner team re potential revised declaration. |
| 5/1/2025 | Sophia W. Montgomery | Associate | 1.9 | Revised draft complaint, including conducting research and analysis of filings in other related lawsuits. |
| 5/1/2025 | Zachary C. Schauf | Partner | 0.3 | Coordinated complaint drafting. |
| 5/2/2025 | Sophia W. Montgomery | Associate | 1.1 | Continued revising complaint and reviewing draft declarations and correspondence regarding same. |
| 5/2/2025 | Brantley A. Butcher | Associate | 3.2 | Researched questions for brief challenging NSF indirect cost cap policy. |
| 5/2/2025 | Paul Clement | Partner | 0.5 | Review policy announcement; exchange emails |
| 5/2/2025 | Hilary R. Ledwell | Associate | 3.6 | Drafted summary judgment materials for NSF case and conferred with internal team re same |
| 5/3/2025 | James Xi | Partner | 1.25 | Review complaint and exchange emails re same |
| 5/3/2025 | Paul Clement | Partner | 1 | Review complaint; exchange emails re same. |
| 5/3/2025 | Zachary C. Schauf | Partner | 4.8 | Edited complaint. |
| 5/3/2025 | Sophia W. Montgomery | Associate | 2.9 | Researched issues for PI/summary judgment brief. |
| 5/3/2025 | Hilary R. Ledwell | Associate | 1.4 | Revised NSF brief and conferred with internal team re same. |
| 5/4/2025 | Logan C.G. Wren | Associate | 1.5 | Reviewed and edited complaint and draft declarations. |
| 5/4/2025 | Zachary C. Schauf | Partner | 5.4 | Edited complaint. |
| 5/4/2025 | Sophia W. Montgomery | Associate | 2.5 | Revised draft complaint, including conducting additional research and reviewing draft declarations. |
| 5/4/2025 | Hilary R. Ledwell | Associate | 3.4 | Revised NSF brief and conferred with internal team re same |
| 5/5/2025 | James Xi | Partner | 1 | Review revisions to complaint and exchange emails with Jenner team re same. |
| 5/5/2025 | Hilary R. Ledwell | Associate | 4.2 | Revised NSF brief and conferred with internal team re same. |
| 5/5/2025 | Steven R. Englund | Partner | 4.2 | Attended to engagement letters for client group; revised declarations. |
| 5/5/2025 | Hilary R. Ledwell | Associate | 4.2 | Revised NSF brief and conferred with internal team re same. |
| 5/5/2025 | Zachary C. Schauf | Partner | 7.4 | Edited PI papers. |
| 5/5/2025 | Hilary R. Ledwell | Associate | 0.4 | Conferred with internal team re NSF complaint revisions and filing. |
| 5/5/2025 | Hilary R. Ledwell | Associate | 0.2 | Conferred with internal team re legal research for NSF litigation. |
| 5/6/2025 | Mary E. Marshall | Associate | 1.7 | Revised plaintiff declarations. |
| 5/6/2025 | Zachary C. Schauf | Partner | 6.1 | Edited PI papers. |
| 5/6/2025 | Sophia W. Montgomery | Associate | 2 | Reviewed draft brief for revisions from complaint and otherwise revised draft brief. |
| 5/6/2025 | Tanner J. Lockhead | Associate | 2.1 | Researched and drafted portions of brief. |
| 5/6/2025 | Brantley A. Butcher | Associate | 5.8 | Researched questions for brief challenging NSF indirect cost cap. |
| 5/6/2025 | Hilary R. Ledwell | Associate | 3.6 | Revised NSF brief and conferred with internal team re same. |
| 5/6/2025 | Hilary R. Ledwell | Associate | 0.9 | Analyzed arguments and conferred with internal team re same. |
| 5/6/2025 | Tanner J. Lockhead | Associate | 0.3 | Corresponded and coordinated with litigation team re filing materials; ensured documents were compliant with local and federal rules; and conducted necessary follow-up legal research re same. |
| 5/6/2025 | Sophia W. Montgomery | Associate | 1 | Reviewed draft declaration and correspondence regarding same among Jenner team. |
| 5/6/2025 | Sophia W. Montgomery | Associate | 0.3 | Conferred with H. Ledwell regarding revisions to brief and conducted additional research. |
| 5/7/2025 | Hilary R. Ledwell | Associate | 4.2 | Revised brief and conferred with internal team re same. |
| 5/7/2025 | Brantley A. Butcher | Associate | 2.6 | Conducted research for NSF brief and communicated research findings to team. |
| 5/7/2025 | Zachary C. Schauf | Partner | 4.8 | Edited and finalized PI papers. |
| 5/7/2025 | James Xi | Partner | 2.5 | Review PI/MSJ brief and exchange emails with Jenner team re same |
| 5/7/2025 | Kyle Eiswald | Associate | 1 | Review preliminary injunction and summary-judgment motion; review corresdonence between E. Yan and J. Xi re same |
| 5/7/2025 | Hilary R. Ledwell | Associate | 1.5 | Participated on call with B. Henthorne re brief revisions and edited same. |
| 5/8/2025 | Zachary C. Schauf | Partner | 5 | Edited and finalized PI and related papers. |
| 5/8/2025 | Hilary R. Ledwell | Associate | 6.1 | Revised brief and conferred with internal team re same. |
| 5/8/2025 | Steven R. Englund | Partner | 0.8 | Emails re filing of declarations; reviewed brief |
| 5/8/2025 | Sophia W. Montgomery | Associate | 3.1 | Further revised brief, including reviewing cite check edits, and corresponded with Jenner team regarding same. |
| 5/8/2025 | Paul Clement | Partner | 1 | Edit statutory argument section; exchange emails re same |

| Date | Name | Title | Hours | Description |
|---|---|---|---|---|
| 5/9/2025 | Kara V. Brandeisky | Associate | 0.4 | Prepared revised errata and corporate disclosure form for plaintiff and drafted email re same. |
| 5/13/2025 | Anjali Motgi | Partner | 0.3 | Coordinated with Jenner team re strategy and communication with government re same. |
| 5/14/2025 | Anjali Motgi | Partner | 4.4 | Discussed strategy with Jenner team and co-counsel and revised briefing schedule motion |
| 5/14/2025 | Betsy L. Henthorne | Partner | 1.2 | reviewed and edited motion for expedited briefing and correspondence re same (1.2) |
| 5/15/2025 | Kyle Eiswald | Associate | 0.25 | Confer with J. Xi re preliminary-injunction hearing logistics; read notice from district court setting preliminary injunction hearing; confer with R. Barwick re same |
| 5/16/2025 | Lindsay C. Harrison | Partner | 0.7 | Reviewed NSF filing re voluntary stay and emailed with team re implications. |
| 5/17/2025 | Zachary C. Schauf | Partner | 0.3 | Reviewed and analyzed concerns re government stay notice and corresponded with team re same. |
| 5/18/2025 | Hilary R. Ledwell | Associate | 0.2 | Reviewed filings and conferred with internal team re same |
| 5/18/2025 | Zachary C. Schauf | Partner | 1.2 | Analyzed issues concerning federal government stay notice; conferred with Jenner & C&M teams re same. |
| 5/18/2025 | Paul Clement | Partner | 1 | Prepare for and participate in call re government stay agreement; review draft filing re same; exchange emails re same |
| 5/21/2025 | Tanner J. Lockhead | Associate | 1.1 | Conducted legal research for reply brief. |
| 5/21/2025 | Tanner J. Lockhead | Associate | 0.7 | Conducted legal research for reply brief. |
| Oral Argumen | Kyle Eiswald | Associate | 0.25 | Review notices from district court re notices of appearance o government attorneys; read and save government's motion and district court's order granting government's motion to file overlength brief |
| 5/27/2025 | Hilary R. Ledwell | Associate | 0.4 | Conducted legal research for reply brief. |
| 5/28/2025 | Kyle Eiswald | Associate | 4.75 | Review government's summary judgment memorandum; correspond with J. Xi re same; confer with E. Yan re case proceedings |
| 5/27/2025 | Hilary R. Ledwell | Associate | 0.6 | Reviewed government brief and conferred with internal team re same. |
| 5/28/2025 | Hilary R. Ledwell | Associate | 3.3 | Drafted reply brief. |
| 5/28/2025 | Illyana A. Green | Associate | 6.8 | Conducted research and drafted section for NSF reply brief. |
| 5/28/2025 | Lindsay C. Harrison | Partner | 1.7 | Continued editing brief. |
| 5/28/2025 | Brantley A. Butcher | Associate | 6 | Researched questions for NSF indirect cost rates reply brief. |
| 5/28/2025 | Zachary C. Schauf | Partner | 3.1 | Edited reply brief. |
| 5/28/2025 | Tanner J. Lockhead | Associate | 0.8 | Conducted research and drafted section for NSF reply brief. |
| 5/29/2025 | Kyle Eiswald | Associate | 1.5 | Review reply brief; correspond with J. Xi re same |
| 5/29/2025 | Hilary R. Ledwell | Associate | 5.6 | Revised reply brief and conferred with internal team re same. |
| 5/30/2025 | Betsy L. Henthorne | Partner | 0.7 | Reviewed and edited draft reply brief and correspondence re same (.7); |
| 5/30/2025 | Illyana A. Green | Associate | 3 | Conducted legal research for reply brief. |
| 5/30/2025 | Zachary C. Schauf | Partner | 2.7 | Edited reply brief. |
| 5/30/2025 | Kyle Eiswald | Associate | 0.25 | Correspond with J. Xi re summary-judgment reply draft; review suggested edits to same |
| 5/30/2025 | Kyle Eiswald | Associate | 0.25 | Correspond with J. Xi re summary-judgment reply draft; review suggested edits to same |
| 5/30/2025 | James Xi | Partner | 2.25 | Review reply brief and exchange emails with Jenner team re same |
| 5/30/2025 | Paul Clement | Partner | 1 | Edit reply brief; exchange emails re same |
| 5/30/2025 | Hilary R. Ledwell | Associate | 1.7 | Revised reply brief and conferred with internal team re same. |
| 5/31/2025 | Zachary C. Schauf | Partner | 1.5 | Edited reply brief. |
| 6/1/2025 | Illyana A. Green | Associate | 5 | Conducted legal research for reply brief. |
| 6/1/2025 | Zachary C. Schauf | Partner | 0.5 | Edited reply brief. |
| 6/1/2025 | Sophia W. Montgomery | Associate | 1 | Continued conducting research for reply brief and corresponded with Jenner team regarding same. |
| 6/2/2025 | Hilary R. Ledwell | Associate | 0.9 | Revised reply brief and conferred with internal team re same. |
| 6/2/2025 | Illyana A. Green | Associate | 3.8 | Conducted legal research for reply brief. |
| 6/3/2025 | Kyle Eiswald | Associate | 0.75 | Confer with J. Xi and E. Yan re summary judgement response and reply; review same |
| 6/3/2025 | Hilary R. Ledwell | Associate | 0.7 | Revised reply brief and conferred with internal team re same. |
| 6/8/2025 | Betsy L. Henthorne | Partner | 0.4 | Reviewed and edited request for audio access to hearing and corresponded re same (.4); |
| 6/9/2025 | Kyle Eiswald | Associate | 0.25 | Review district court filings; confer with J. Xi re summary-judgment hearing |
| 6/10/2025 | Kyle Eiswald | Associate | 4 | Confer with J. Xi re summary judgment hearing; prepare for summary judgment moot |
| 6/19/2025 | Betsy L. Henthorne | Partner | 1 | Reviewed government brief in related case and correspondence re same. |
| 6/20/2025 | Betsy L. Henthorne | Partner | 1.5 | Reviewed summary judgment decision and corresponded re same. |
| 6/20/2025 | Lindsay C. Harrison | Partner | 1.2 | Reviewed final summary judgment opinion and corresponded with team re same and scope of relief. |
| 6/26/2025 | Betsy L. Henthorne | Partner | 0.2 | reviewed legal research re injunctions and correspondence re same (.2). |
| 8/11/2025 | Kyle Eiswald | Associate | 1.75 | Review order in related case; confer with J. Xi re same |
| 8/14/2025 | Kyle Eiswald | Associate | 0.25 | Review NSF notice of appeal; correspond with J. Xi re same |
| 9/23/2025 | Kyle Eiswald | Associate | 0.75 | Review correspondence re government's plan to voluntarily dismiss appeal; correspond with J. Xi re same; review executive order re grants |
| 9/30/2025 | Kyle Eiswald | Associate | 0.25 | Review notifications re appeal dismissal; review correspondence re same |
| | | **Total** | 203.65 | |

## Vague Entries - Paralegals

| Date | Name | Description | Hours | Narrative |
|---|---|---|---|---|
| 5/5/2025 | Cheryl J. Kras | Paralegal | 2.5 | Prepared complaint, summonses, civil cover sheet and category form for filing; email correspondence with team re same; created and updated working pleading archive for S. Mielke Gentile review. |
| 5/6/2025 | Ethan Yan | Paralegal | 0.5 | Correspond with J. Xi and Jenner team re pro hac vice applications, prepare same for P. Clement J. Xi and K. Eiswald |
| 6/3/2025 | Ethan Yan | Paralegal | 0.5 | Correspond with K. Eiswald and Jenner team re filing of reply; file same |
| 6/5/2025 | Ethan Yan | Paralegal | 0.25 | Review errata; correspond with K. Eiswald re same |
| 6/10/2025 | Ethan Yan | Paralegal | 0.5 | Correspond with S. Mielke Gentile re courtesy copy of reply brief; prepare same; ship same |
| 6/20/2025 | Ethan Yan | Paralegal | 0.5 | Review summary judgement opinion; crrespond with K. Eiswald re same |
| | | **Total** | 4.75 | |