**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 1:25-cv-11231-IT |
| NATIONAL SCIENCE FOUNDATION, *et al.*, | ) | |
| Defendants. | ) | |

**~~[PROPOSED]~~ ORDER GRANTING JOINT MOTION TO EXTEND THE STAY OF PLAINTIFF AAU'S MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

Before the Court is the Joint Motion (the "Motion") to Extend the Stay of Plaintiff AAU's Motion for Attorneys' Fees and Costs Pursuant to the Equal Access to Justice Act. Upon consideration of the Motion, the Court hereby ORDERS that the Motion is GRANTED. Plaintiff AAU's *Motion for Attorneys' Fees and Costs Pursuant to the Equal Access to Justice Act*, Doc. No. 90, is stayed for an additional forty-five days.

SO ORDERED

Hon. Indira Talwani
United States District Judge